Conston *v.* New Amsterdam Casualty Co., Appellant.

Argued November 17, 1950.   Before DREW, C. J., STEARNE, JONES, BELL, LADNER and CHIDSEY, JJ.

220

*Raymond A. White, Jr.,* for appellant.

*Thomas E. Comber, Jr.,* with him *Pepper, Bodine, Stokes & Hamilton,* for appellee.

OPINION PER CURIAM, January 2, 1951:
The judgment is affirmed on the opinion of the court below.